UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
DOCKET NO. 5:14-cv-84-MOC

| | | |
|---|---|---|
| **MICHAEL FRANKLIN,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **NANCY A. BERRYHILL,** | ) | |
| **Acting Commissioner of Social Security,** | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on plaintiff's Motion for Attorney Fees Under § 406(b) of the Social Security Act. Defendant responded and indicated no objection to the amount requested by plaintiff. Having thus considered plaintiff's motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that plaintiff's Motion for Attorney Fees Under § 406(b) of the Social Security Act (#31) is **GRANTED**. Plaintiff shall be awarded attorney's fees of $14,000.00, and plaintiff's counsel shall reimburse plaintiff in the amount of $7,900.00, the amount in fees previously received under the Equal Access Justice Act, 28 U.S.C. § 2412.

Signed: November 14, 2017

Max O. Cogburn Jr.
United States District Judge

-1-